IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS PELLEGRINO, et al.,** : | **CIVIL ACTION** |
| **Plaintiffs,** : | |
| v. : | No. 12-2065 |
| **STATE FARM FIRE AND CASUALTY COMPANY, individually and on behalf of all other affiliated insurance companies,** : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 29th day of July, 2013, upon consideration of Defendant "State Farm Fire and Casualty Company's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint" (Doc. No. 10), the response and reply thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED** and Plaintiffs' amended complaint is **DISMISSED** with prejudice.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**